Adam S. Cashman, Esq. (SBN: 255063)
    cashman@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

*Attorney for Petitioner Maplebear Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPLEBEAR INC. d/b/a INSTACART,<br><br>Petitioner,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Respondent. | Case No. 26-mc-80136<br><br>Rel. Case No. 2:21-cv-00898-RSL (W.D. Wash.)<br><br>**DECLARATION OF DYLAN TONTI IN SUPPORT OF PETITIONER MAPLEBEAR INC.'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**<br><br>Date:<br>Time:<br>Location:<br>Judge: |

Case No. 26-mc-80136

DECLARATION OF DYLAN TONTI ISO MOTION TO QUASH AND FOR PROTECTIVE ORDER

I, Dylan Tonti, declare:

1.     I am a Litigation Operations Manager at Maplebear Inc. d/b/a Instacart ("Instacart"). In that role, I regularly work with data from Instacart's systems in connection with litigation and legal process matters.  I also support Instacart's legal department on regulatory and litigation matters, including by assisting with document collection and responses to subpoenas and other information requests.

2.     I submit this declaration in support of Instacart's Motion to Quash Subpoena and for Protective Order filed on May 1, 2026.

3.     Due to my position and through consultation with other members of Instacart's engineering and data teams, I have knowledge regarding the process by which Instacart would extract and organize item-level transaction data for customer purchases made through Instacart's platform from January 31, 2020, and October 20, 2022.

4.     Instacart's transaction data is stored in a structured SQL database.  The database organizes data into predefined tables consisting of rows and columns, using Structured Query Language (SQL) as the standardized programming language to manage or retrieve the information that it stores.

5.     The transaction database that houses the orders placed on the Instacart platform is distributed across multiple database shards, totaling hundreds of terabytes of data.  The data is not maintained in a single consolidated block and cannot be queried or exported as a single block.

6.     On the Instacart platform, hundreds of millions of transactions were placed from January 31, 2020, to October 20, 2022, and each transaction would have individual order-item rows corresponding to the items that the customer ordered from the third-party retailer on Instacart's platform.

7.     Instacart does not have a pre-built mechanism, report, or export function to extract platform-wide, item-level data.

8.     In order to extract and query this dataset, Instacart's engineers would have to design and build a custom data-extraction mechanism tailored to retrieve such transaction- and item-level data.  Creating that mechanism would involve, at minimum: (i) scoping the extraction, including

1                                                    Case No. 26-mc-80136

DECLARATION OF DYLAN TONTI ISO MOTION TO QUASH AND FOR PROTECTIVE ORDER

Docusign Envelope ID: B8AB4F01-C6A3-8036-826F-921BCDB260BA

identifying the relevant tables, shards, and fields across Instacart's production and analytics environments; (ii) building the custom extraction function; (iii) running the extraction against the data; and (iv) validating the output to confirm that the resulting dataset is complete and accurate.

9. Moreover, because the underlying dataset is hundreds of terabytes and is spread across multiple shards, the extraction mechanism could not be run as a single operation. Instead, engineers would need to execute the extraction in portions across the disparate data repositories, with monitoring and validation at each step, and then consolidate the resulting outputs into a single responsive dataset.

10. There are certain categories of information I understand Amazon requests that Instacart either does not maintain or would need to convert to have it match Amazon's specific requests. For example, I understand Amazon's subpoena requests transactional data regarding the margin, cost of acquisition, shipping cost, and whether the product is new or used. But because Instacart is a marketplace intermediary and not a retailer, those categories of information are not concepts in Instacart's data models. As a result, Instacart's engineers would need to devote additional time and resources to conform the extracted data so that it could be produced in a format responsive to the categories identified in Amazon's subpoena—to the extent that such a mapping is possible at all for the fields Instacart does not maintain.

11. In all, my best estimate is that it would take weeks for Instacart's engineering team to scope, extract, validate, and conform the data that Amazon requests. If Instacart's engineers were fully dedicated to the project, it would likely take four weeks, but when factoring in Instacart's engineers' regular workload, it would take up to eight weeks to scope, extract, validate, and conform the data.

12. To provide a summary or pull representative samples of the categories of information that Amazon requests, Instacart's engineering team would not only have to follow the same process as described above, but it would also have to create another tool to synthesize the information and provide the summaries or representative samples. That is, Instacart's engineering team would have to sort through all of the same information that it just scoped, extracted, validated, and conformed because Instacart does not, in the ordinary course, maintain data sufficient to show

DECLARATION OF DYLAN TONTI ISO MOTION TO QUASH AND FOR PROTECTIVE ORDER

the price and availability of the consumer goods and food items that the third-party retailers list on its platform.

13.    Instacart has a retail-pricing optimization tool called Eversight that it acquired in fall 2022. Eversight is not a repository for the consumer-order transaction data I understand Amazon seeks through the subpoena.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 1st day of May, 2026.

By: _Dylan Tonti_
699C0CCAF1AC496

Dylan Tonti

3    Case No. 26-mc-80136
DECLARATION OF DYLAN TONTI ISO MOTION TO QUASH AND FOR PROTECTIVE ORDER