UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPLEBEAR INC. D/B/A INSTACART, | Case No.  26-mc-80136-SK |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND CONSENT/DECLINATION DEADLINE** |
| v. | |
| AMAZON.COM, INC., | Regarding Docket No. 1 |
| Defendant. | |

On May 1, 2026, Movant Maplebear Inc. d/b/a Instacart ("Instacart") filed a motion to quash and for a protective order as to the subpoena propounded by Amazon.com, Inc. ("Amazon").  (Dkt. No. 1 at p. 6.)  Instacart shall serve a copy of its motion to quash, with all of the supporting documents, and a copy of this Order on Amazon by no later than May 7, 2026 and shall file a proof of service by no later than May 11, 2026.

The Court HEREBY SETS the following briefing schedule on the motion to quash:

(1) Amazon shall file its opposition to the motion to quash, if any, by May 21, 2026;

(2) Instacart shall file a reply, if any, by no later than May 28, 2026.

The Court FURTHER ORDERS Instacart and Amazon to file a consent or declination to proceed before a magistrate judge, pursuant to 28 U.S.C. § 636, by May 12, 2026.

**IT IS SO ORDERED**.

Dated: May 5, 2026

_____

SALLIE KIM
United States Magistrate Judge